E-FILED
Wednesday, 06 October, 2010  10:44:58 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR 10-20080 |
| | ) | |
| PHILLIP SANTEFORT, | ) | Title 18, United States Code, |
| | ) | Section 2243(b). |
| Defendant. | ) | |

INDICTMENT

COUNT 1

**THE GRAND JURY CHARGES:**

Between on or about June 9, 2009 and September 17, 2009, in the Ford County Jail, a facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the head of a Federal agency, in the Central District of Illinois,

**PHILLIP SANTEFORT,**

defendant herein, while a correctional officer, knowingly engaged in a sexual act, to wit, contact between the mouth and the penis, with K.B., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant.

In violation of Title 18, United States Code, Section 2243(b).

A TRUE BILL.

s/ Foreperson

FOREPERSON

s/Matthew J. Cannon

JAMES A. LEWIS
United States Attorney

ELM